**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**TALLAHASSEE DIVISION**

**JOSEPHINE LYNN HESS**
a/k/a John Hess,

**Plaintiff,**

**v.** **Case No. 4:25-cv-523-TKW-MAF**

**RICKY DIXON, et al.**

**Defendants**.
____________________________________/

## ORDER

This case is before the Court based on the magistrate judge's Report and Recommendation (Doc. 17) and Plaintiff's objections (Doc. 19). Upon de novo review of the issues raised in the objections, the Court agrees with the magistrate judge's determination that this case should be dismissed for failure to state a claim upon which relief can be granted. Accordingly, it is

ORDERED that:

1. The Report and Recommendation is adopted and incorporated by reference into this Order.

2. This case is DISMISSED under 28 U.S.C. §1915(e)(2)(B)(ii) for failure to state a claim upon which relief can be granted.

3. The Clerk shall enter judgment in accordance with this Order and close the case file.

**DONE and ORDERED** this 13th day of October, 2026.

**T. KENT WETHERELL, II**
**UNITED STATES DISTRICT JUDGE**